# Third District Court of Appeal
## State of Florida

Opinion filed March 1, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-1540
Lower Tribunal No. 20-3871

————————

## Elio Daniel Aponte Cevallos,
Appellant,

vs.

## Anthea Ponsetti,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Maria Elena Verde, Judge.

Wasson & Associates, Chartered, and Roy D. Wasson; Genova Family Law and Anthony Meehan Genova, for appellant.

Carlton Fields, P.A., and Matthew J. Conigliaro (Tampa), for appellee.

Before LINDSEY, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed.